ROBERTSON, Presiding Judge.
AFFIRMED. NO OPINION.
See Rule 53(a)(1) and (a)(2)(F), Ala.R.App. P.; § 26-17A-1, Ala.Code 1975; Rule 28, Ala.R.App.P.; Ex parte W.J., 622 So.2d 358 (Ala.1993); Moore v. Glover, 501 So.2d 1187 (Ala.1986); and Bullard v. Creative Leasing, Inc., 624 So.2d 199 (Ala.Civ.App.1993).
YATES and MONROE, 33., concur.
CRAWLEY, J., concurs in the result only.
THIGPEN, J., not sitting.